UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

UMER DARR,

Defendant.

05 Cr. 294 (JAG)

**ORDER**

It is hereby ORDERED that the appearance bond that defendant is currently released on, which is secured by $100,000 in property, be amended to be an unsecured bond for a period of 14 days, and the government's interest in the property be released for that period.

Dated: April 27th, 2009
Newark, New Jersey

Hon. Joseph A. Greenaway, Jr.
United States District Judge