UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 05-294 |
| UMER DARR | : | UNSEALING ORDER |

This matter having been brought before the Court upon the application of Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey (Marion Percell, Assistant U.S. Attorney, appearing) for an order that all docket entries and all docketed items in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 20th day of May, 2009,

ORDERED that all docket entries and all docketed items in the above-captioned matter be unsealed.

_____
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE