UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

UMER DARR,

                          Defendant.

05 Cr. 294 (JAG)

**ORDER**

It is hereby ORDERED that the that defendant is permitted travel to Orlando, Florida for

the period of July 6 through July 15, 2009

Dated: ~~June~~ July 6, 2009
          Newark, New Jersey

                                    Hon. Joseph A. Greenaway, Jr.
                                    United States District Judge